Argued January 17, affirmed January 17, petition for rehearing denied February 23, petition for review denied April 11, 1972

## STATE OF OREGON, *Respondent, v.* JAMES E. WAITES (No. C-58401), *Appellant.*

493 P2d 68

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

Affirmed from the bench.